

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WAYNE GUIDRY, RICHARD DEFRATES, GARY HOWELL, GREGORY A. GRIFFIN, JR., KEITH CHARLES AND CHRISTOPHER BARROW | * | CIVIL ACTION 10-4356 |
| VERSUS | * | SECTION SECT. J MAG. 2 |
| OFFSHORE MARINE, L.L.C., a/k/a OFFSHORE MARINE, INC. and the M/V HANNA B, HER ENGINES, TACKLE, APPURTENANCES, EQUIPMENT, IN REM | * | MAGISTRATE |

## COMPLAINT FOR UNPAID WAGES

NOW INTO COURT, through undersigned counsel, come plaintiffs, Wayne Guidry, Richard DeFrates, Gary Howell, Gregory Griffin, Jr., Keith Charles and Christopher Barrow, persons of the full age of majority, and crew members of the M/V HANNA B, domiciled and residing in Larose, Louisiana; Groves, Texas; Brooks, Georgia; Decatur, Georgia; Mamou, Louisiana; and Gray, Louisiana; respectively, who respectfully represent the following:

I.

Made defendant herein is Offshore Marine, L.L.C., a/k/a Offshore Marine, Inc., is a foreign corporation who upon information and belief is domiciled in Port Ludlow, Washington, doing business within the jurisdiction of this Court as described in the following paragraphs.

II.

Jurisdiction is based on the Jones Act. This is a complaint for unpaid wages pursuant to 46 USC Section 10313 et seq. seeking penalties of two days wages for each day the plaintiffs' wages remain unpaid.

III.

The M/V HANNA B is docked on the Intracoastal Waterway in Lockport, Louisiana, and within the jurisdiction of this Honorable Court.

IV.

Plaintiffs designate this matter as an admiralty claim pursuant to Supplemental Rule 9(h) with the Court sitting as an Admiralty Court.

V.

In September of 2010, plaintiff Gary Howell sought maritime employment as a captain with Offshore Marine, L.L.C. at the rate of $225 per day. The complainant, Gary Howell, worked on board the M/V HANNA B as a captain from October 1, 2010, through the fifteenth of October, 2010 (first shift). Plaintiff worked on board the M/V HANNA B again from October 16, 2010 through the 19th of October, 2010 (second shift). Despite demand for payment defendant has failed and refused to pay the wages due to Gary Howell for October 1 through the 29th, a period of 29 days. The plaintiff is owed $6,525 for the period of time he worked on board the vessel. These wages have not been paid despite amicable demand. Accordingly, Gary Howell is due his wages of $6,200 for twenty-nine days of work at $225 per day.

VI.

Gary Howell seeks the double wage penalty for each day that remains unpaid under 46 USC 10313.

VII.

Plaintiff Gregory A. Griffin, Jr., joined the crew of the M/V HANNA B as an engineer on October 1, 2010, and worked the entire month of October 2010 at the rate of $200 per day (first hitch) on board the vessel for which he has not been paid. Gregory A. Griffin, Jr., continued to work on board the M/V HANNA B from November 1, 2010, through November 13, 2010, without being paid. Despite amicable demand, defendant has refused to pay the wages due Gregory A. Griffin, Jr., for a period of 44 days. Accordingly, Gregory A. Griffin, Jr., makes demand for payment for a period of 44 days at the rate of $200 per day, for a total of $8,200 in wages. Gregory A. Griffin, Jr., makes a claim for "double wages" penalty under 46 USC 10313.

VIII.

Plaintiff Wayne Guidry joined the crew of the M/V HANNA B in Amelia, Louisiana, on or about October 1, 2010, and worked on board the vessel for a period of three days (October, 1, 2010 through October 3, 2010) without being paid by defendant despite amicable demand. Wayne Guidry was hired to work as a captain at the rate of $275 per day, for a total of $825. Plaintiff, Wayne Guidry makes a claim for the "double wage" penalty under 46 USC 10313. Defendant has refused to pay Wayne Guidry's wages after they became due despite amicable demand.

IX.

The plaintiff, Keith Charles, worked on board the M/V HANNA B for approximately three weeks in Amelia, Louisiana, as a deckhand. Keith Charles was hired as a deckhand at the rate of $125 per day and worked on board the vessel from October 1, 2010, through October 12, 2010, without being paid. Keith Charles returned to the vessel on November 2, 2010, and worked as a deckhand on board the vessel from November 2, 2010, through and until the thirteenth of November, 2010. Despite amicable demand, defendant has refused to pay Keith Charles the wages owed to him, 24 days at the rate of $125 per day, a total of $3,000. Keith Charles makes demand for payment under the "double wage" penalty provision under 46 USC 10313.

X.

The plaintiff, Christopher Barrow went to work on board the M/V HANNA B as a deckhand on October 1, 2010. The plaintiff worked continuously as a deckhand for Offshore Marine from October 12, 2010, through October 15, 2010, and then from October 16, 2010, through November 10, 2010, for a total of 27 days at a rate of $125 per day and has not been paid despite amicable demand. Christopher Barrow is owed a total of $3,000 for unpaid wages. Defendant has refused to pay the wages of Christopher Barrow when they became due and thereafter despite amicable demand. Christopher Barrow makes a demand for the "double wage" penalty under 46 USC 10313 for each day that the wages remain unpaid.

XI.

The plaintiff, Richard DeFrates, worked as a captain on board the M/V HANNA B from October 3, 2010, through October 12, 2010, a period of nine days at the rate of $275 a day. Despite amicable demand, the defendant has refused to pay the wages of Richard DeFrates when they became due. The plaintiff is owed $2,025 for the period of time he worked in October of 2010, for which he has not been paid. The plaintiff, Richard DeFrates, seeks the "double wage" penalty for each day that he remains unpaid, a sum of approximately $7,000.

XII.

On numerous occasions since October, 2010, the plaintiffs have requested payment from Jeff Dorsey, owner of Offshore Marine, L.L.C., to no avail and Jeff Dorsey, as owner of Offshore Marine, L.L.C., has refused to timely pay the wages without sufficient cause.

XIII.

Pursuant to 46 USC Sect. 10313 et seq., the plaintiffs are entitled to the penalty of double wages for each day they remain unpaid.

**WHEREFORE**, plaintiffs pray that the defendant, Offshore Marine, L.L.C., a/k/a Offshore Marine, Inc., through its registered agent for service of process via the Louisiana "Longarm Statute," be served with a copy of this Complaint, be duly ordered to appear and answer same, and after all legal delays and due proceedings be had, there be judgment herein in favor of plaintiffs, Wayne Guidry, Richard DeFrates, Gary Howell, Gregory Griffin, Jr., Keith Charles and Christopher Barrow, and against the defendant, Offshore Marine, L.L.C., a/k/a

Offshore Marine, Inc. and the M/V HANNA B, in the amount of their unpaid earned wages and for penalty wages for each day they remain unpaid, together with interest on all sums found to be owing from the date, said interest accrues by law, all costs of these proceedings, including expert witness fees, and for all other legal and equitable relief appropriate under the circumstances.

Respectfully submitted:

JOHN D. SCHOONENBERG (#11819)
BARRY J. BOUDREAUX (#1721)
Henderson, Reilly and Boudreaux
300 Lafayette Street
Houma, Louisiana 70360
Telephone: (985) 868-7214
Facsimile: (985) 868-7237
Attorney for Plaintiffs

**PLEASE SERVE:**

**Offshore Marine, L.L.C.
through its agent for service of process
via Louisiana Longarm Statute:
    Mr. Jeff Dorsey
    225 Bywater Way
    Port Ludlow, Washington 98365**

F:\29262\pleadings\Federal Complaint.doc

6